STATE of Missouri, Respondent,

v.

Johnnie L. MAPLE, Jr., Appellant.

No. WD 69473.

Missouri Court of Appeals, Western District.

July 28, 2009.

Susan L. Hogan, Esq., Kansas City, Mo, for appellant.

Shaun J. Mackelprang, Esq. and Jayne T. Woods, Esq., Jefferson City, MO, for respondent.

Before Division Three: HAROLD L. LOWENSTEIN, Presiding Judge, JOSEPH M. ELLIS and LISA WHITE HARDWICK, Judges.

ORDER

PER CURIAM.

Johnnie L. Maple appeals the judgment of his convictions on two counts of the class C felony of possession of a controlled substance in violation of § 195.202.[1] In his sole point on appeal, he claims that the State failed to make a submissible case for possession. The circuit court's judgment is affirmed. Rule 30.25(b).

STATE of Missouri, Respondent,

v.

Daniel J. MASTERSON, Appellant.

No. WD 69236.

Missouri Court of Appeals, Western District.

July 28, 2009.

Frederick J. Ernst, for Appellant.

Shaun J. Mackelprang, for Respondent.

Before Division Three: HAROLD L. LOWENSTEIN, Presiding Judge, JOSEPH M. ELLIS, Judge, and LISA WHITE HARDWICK, Judge.

ORDER

PER CURIAM:

Daniel Masterson appeals from his convictions and sentences for one count of first-degree robbery, § 569.020, and one count of armed criminal action, § 571.015. No jurisprudential purpose would be served by a formal written opinion; however, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. Rule 30.25(b).

1. All statutory references are to RSMo, 2000, unless otherwise indicated.